# Court of Appeals
# of the State of Georgia

ATLANTA,  July 20, 2020

*The Court of Appeals hereby passes the following order:*

## A20A2057. MUKESH PATEL v. BC 35, LLC.

The trial court entered a default judgment against defendant Mukesh Patel in this action for breach of contract. Patel filed a motion to set aside the default judgment due to lack of jurisdiction under OCGA § 9-11-60 (d) (1), which the trial court denied. Patel then appealed directly to this Court. We, however, lack jurisdiction.

"[T]he denial of a motion to set aside a final judgment under OCGA § 9-11-60 is not directly appealable and instead requires the filing of an application for discretionary appeal under OCGA § 5-6-35 (b)." *Jim Ellis Atlanta, Inc. v. Adamson*, 283 Ga. App. 116, 116 (640 SE2d 688) (2006); see OCGA § 5-6-35 (a) (8).  Patel's failure to follow the required appellate procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  07/20/2020
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*